```
_____ FILED        _____ RECEIVED
_____ ENTERED      _____ SERVED ON
                   COUNSEL/PARTIES OF RECORD

        JUN 24 2020

    CLERK US DISTRICT COURT
      DISTRICT OF NEVADA
BY:_____ DEPUTY
```

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:20-mj-509-VCF |
| Plaintiff, | Order on Stipulation to Extend Deadlines to Conduct Preliminary Hearing and File Indictment |
| v. | |
| MARCIAL NOE ZUBIAS-GAMEZ, a.k.a. ALEXIS GOMEZ-LOPEZ, | |
| Defendant. | |

Based on the stipulation of counsel, good cause appearing, and the best interest of justice being served; the time requested by this stipulation being excludable in computing the time within which the defendant must be indicted and the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(b) and (h)(7)(A), and Federal Rule of Criminal Procedure 5.1, considering the factors under 18 U.S.C. § 3161(h)(7)(B)(i) and (iv):

IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled on 7/8/20 at the hour of 4:00 p.m., be vacated and continued to 10/13/20 at the hour of 4:00 pm.

DATED this 24th day of June, 2020.

_____
HONORABLE
UNITED STATES MAGISTRATE JUDGE

5